AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 22, 2021*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Moctar Ahmadou Gouroudja Ahmadou | ) | Case No. **4:21-MJ-1604** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 17, 2021 and May 18, 2021  in the county of  Fort Bend  in the  Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 922(g)(5)(B) | Possession of firearms and ammunition by an alien who has been admitted to the United States under a nonimmigrant visa. |

This criminal complaint is based on these facts:
See attached form.

☑ Continued on the attached sheet.

*Complainant's signature*

Derek De St Jean, Special Agent FBI
*Printed name and title*

SUBSCRIBED TO AND SWORN TELEPHONICALLY on July 22, 2021.

Christina A. Bryan
United States Magistrate Judge