United States Courts
Southern District of Texas
FILED

*July 28, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | **4:21cr396** |
| v.                                           § § | Criminal No. _____ |
| MOCTAR AHMADOU GOUROUDJA § § AHMADOU                                  § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

(Possession of a Firearm by Alien Admitted Under Nonimmigrant Visa)

On or about May 17, 2021, within the Southern District of Texas, the defendant,

**MOCTAR AHMADOU GOUROUDJA AHMADOU,**

knowing he was an alien who had been admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Taurus, model TX22, .22 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

### COUNT TWO

(Possession of a Firearm by Alien Admitted Under Nonimmigrant Visa)

On or about May 17, 2021, within the Southern District of Texas, the defendant,

**MOCTAR AHMADOU GOUROUDJA AHMADOU,**

knowing he was an alien who had been admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate and foreign commerce firearm, namely, a Glock,

Model 45, 9 mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

### COUNT THREE

(Possession of a Firearm by Alien Admitted Under Nonimmigrant Visa)

On or about May 18, 2021, within the Southern District of Texas, the defendant,

**MOCTAR AHMADOU GOUROUDJA AHMADOU,**

knowing he was an alien who had been admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Smith & Wesson, model M&P-15, .223 caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

## COUNT FOUR

(Possession of a Firearm by Alien Admitted Under Nonimmigrant Visa)

On or about May 18, 2021, within the Southern District of Texas, the defendant,

**MOCTAR AHMADOU GOUROUDJA AHMADOU,**

knowing he was an alien who had been admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate and foreign commerce ammunition, namely 200 rounds of .223 caliber Fiocchi ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
Acting United States Attorney

Steven Schammel
Southern District of Texas
Assistant United States Attorney