USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:21cr396**

**HOUSTON DIVISION**

USAO Number:

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *July 28, 2021*

Nathan Ochsner, Clerk of Court

Judge: **Bennett**

**UNITED STATES of AMERICA**

vs.

MOCTAR AHMADOU GOUROUDJA AHMADO

ATTORNEYS:

| | | |
|---|---|---|
| **Jennifer B. Lowery, ActingUSA** | | (713) 567-9000 |
| Steven Schammel and Richard Bennett | | (713) 567-9000 |
| | Appt'd | Private |
| Philip Gallagher, AFPD | X | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 4 )

Cts.1 - 4: Possession of a firearm [18 USC §§ 922(g)(5)(B) and 924(a)(2).

PENALTY: Cts. 1 & 2: 0 to 10 years imprisonment and/or $250,000 fine: 3 years SRT; $100 SA

[X] In Jail
[ ] On Bond
[ ] No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: