UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  H-21-396 |
| | § | |
| MOCTAR AHMADOU GOUROUDJA AHMADOU | § § | |

GOVERNMENT'S MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  In support of its motion, the Government states the following:

1. This case involves classified information.  To assist the Court and court personnel in the handling of any motions pursuant to CIPA and implementing any orders relating to classified matters, the Government requests that the Court designate Mr. Winfield S. "Scooter" Slade, Security Specialist, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

2. The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Slade is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, or Harry J. Rucker.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer.  In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*/s/ Richard W. Bennett*
Richard. W. Bennett
Assistant United States Attorney
1000 Louisiana, Ste. 2300
Houston, TX  77002
Tel: (713) 567-9000

CERTIFICATE OF NON-CONFERENCE

In light of the nature of this motion and the relief sought, the government has not consulted counsel for the defendant.

*/s/ Richard W. Bennett*
Richard W. Bennett
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that on the 17th day of August 2021, a true and correct copy of the foregoing *United States' Motion to Designate a Classified Information Security Officer* was served electronically to defense counsel.

*/s/ Richard W. Bennett*
Richard W. Bennett
Assistant United States Attorney