UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:21-CR-00396 |
| | § | |
| MOCTAR GOUROUDJA AHMADOU | § | |

## AMENDED SCHEDULING ORDER

The Court having GRANTED the Unopposed Motion to Certify Case as Complex and Continue Deadlines; It is ORDERED that a period of excludable delay shall commence on the date of this order and shall end at commencement of trial or disposition of charges. The following deadlines shall govern the disposition of this case:

| | |
|---|---|
| Pretrial motions shall be filed by: | NOVEMBER 1, 2021 |
| Responses shall be filed by: | NOVEMBER 22, 2021 |
| Proposed voir dire and charge by: | JANUARY 3, 2022 |
| Pretrial conference shall be held | JANUARY 6, 2022 AT 2:30 PM |
| Jury Selection/Trial in this case is set | JANUARY 10, 2022 AT 9:00 AM |

It is so ORDERED. 09/21/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge