**4:21cr396**

United States Courts
Southern District of Texas
FILED

OCT 20 2021

Nathan Ochsner, Clerk of Court

10/14/21

Dear Clerk of the court;

I would like to receive the Docket report of my case. The case number is: 4:21-MJ-1604
My Register number is: 02802506

Please send it to me as a reply to this letter.
My contact information is: MOCTAR AHMADOU GOUROUDJA AHMADOU
REG. NO. 02 802 506
P.O. BOX 52 6255
HOUSTON, TX 77052-6255

Thank you.

Sincerely,
MOCTAR AHMADOU GOUROUDJA AHMADOU.

MOCTAR AHMADOU GOUROUDJA AHMADOU
Reg. No. 02802506
Federal Detention Center
P.O. Box 526255
Houston, TX 77052-6255

NORTH HOUSTON TX 773
18 OCT 2021 PM 4 L

United States Courts
Southern District of Texas
FILED

OCT 20 2021

Nathan Ochsner, Clerk of Cou

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

77208-101010