UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:21-CR-396 |
| | § | |
| MOCTAR AHMADOU | § | |
| GOUROUDJA AHMADOU, | § | |
|     Defendant | § | |

## ORDER

The government's unopposed motion to continue the scheduling order is **GRANTED**.

It is hereby **ORDERED** that, given the complex case designation in the government's unopposed motion, the deadlines in this case are continued for the following dates:

| Event | Date |
|---|---|
| CIPA Section 4 Motion Deadline | February 28, 2022 |
| Other Pretrial Motions Deadline | March 29, 2022 |
| Responses Due to Other Pretrial Motions | April 12, 2022 |
| Pretrial Conference | April 28, 2022 at 2:30 p.m. |
| JuryTrial | May 16, 2022 at 9:00 a.m. |

It is further **ORDERED** that a new scheduling order shall be entered in accordance with the deadlines proposed in the government's motion.

This Court specifically FINDS that the ends of justice served by taking this action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(g)(7)(A).

1

SIGNED on this 12th day of November, 2021, in Houston, Texas.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE