Case 4:21-cr-00396   Document 43   Filed on 09/27/22 in TXSD   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 27 2022

NATHAN OCHSNER
CLERK OF COURT

4:21-CR-396-01

Dear Clerk of the Court;

My current counsel refuses to help me with my "Motion to Dismiss" dated 09/07/22. Therefore, as well as the reasons mentioned in the attached present "Defendant's Motion to Dismiss counsel", that I've prepared since 09/06/22 in case counsel failed me again; please process my "Motion to Dismiss" of 09/07/22 and I would like to know of its status.

Sincerely;
Moctar Ahmadou Gouroudja
Ahmadou
09/20/22
/S/ GAMA

to the defendant.

Defendant is entitled to effective assistance of counsel, as guaranteed under the Sixth Amendment to the United States Constitution.

## Conclusion

For the reasons stated in this motion, as well as any other reasons established by law in its regard, the defendant respectfully requests that the court grants this "Defendant's Motion to Dismiss Counsel", and orders that current appointed counsel be terminated, and new counsel be appointed.

Respectfully and sincerely Submitted
Prepared: Houston, T.X.; 09/06/22
/S/   GAMA
MOCTAR AHMADOU GOUROUDJA AHMADOU
Defendant
Reg No. 02802506
Federal Detention Center
P.O. Box 526255
Houston, TX 77052-6255

MOCTAR AHMADOU GOUROUGUIA AHMADOU
Reg. No. 02808-506
Federal Detention Center
P.O. Box 526255
Houston, TX 77052-6255

Clerk
United States District Court
Southern District of Texas
United States Courthouse
600 E. Harrison Street #101
Brownsville, Texas 78520-7114

BC
9-24-22

