

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Houston Field Division*

*5825 N. Sam Houston Pkwy W.*
*Suite 300, Houston Texas 77086*
www.atf.gov

# CURRICULUM VITAE

Supervisory Special Agent Alfred L. Parker II
Houston Field Division, Houston Group III
Bureau of Alcohol, Tobacco, Firearms, and Explosives

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Houston, Texas and have been so employed since 2008. I render advice and assistance to law enforcement officers employed by the Federal, State, County and Local police agencies as well as to Special Agents of the ATF concerning the identification, origin, marking, function and history of firearms. In conjunction with these duties I have been involved in numerous investigations relating to firearm crimes and have examined firearms and ammunition.

2. I examine and conduct tests of firearms and ammunition that are obtained as evidence in criminal cases.

3. I prepare reports relating to the identification, origin, and classification of firearms and ammunition under the provisions of federal law.

4. I have access to records of licensed firearms and ammunition manufactures and importers in the United States.

5. I maintain a library of books, printed material and documents that relate to the field of firearms and ammunition.

6. I have a Bachelor of Science degree majoring in Psychology from Texas A&M University, College Station, TX.

7. I am a graduate of the Houston Police Department Police Academy located in Houston, Texas. I worked as a Police Officer for the Houston Police Department for approximately thirteen years.

8. I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Course.

9. I am a graduate of the ATF Special Agent Basic Training Course located in Glynco, GA.

10. I have completed the ATF Firearms Interstate Nexus Course, Martinsburg, WV.

11. I am a certified ATF Close Quarter Countermeasures (Use of Force) Instructor. I am also a former member ATF's Special Response Team (SRT).

12. I have completed the Harris County Sheriffs Office Analytic Interviewing course, Houston, TX.

13. I have completed the ATF Advanced Arson and Explosives Course for Agents, Huntsville, AL.

14. I have completed the ATF Peer Responder training, Washington DC.

15. I have visited and received training at the following firearm manufacturing facilities:

    Briley Manufacturing Houston, Texas 2016
    Radical Firearms Houston, Texas 2018