U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Interstate Nexus | Investigation Number:<br>782035-20-0038 | Report Number:<br>1 |
|---|---|---|

## SUMMARY OF EVENT

<u>Interstate Nexus</u>.  On July 12, 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives Supervisory Special Agent (S/A) A.L. Parker II was provided descriptions of four (4) firearms by FBI S/A Adam Babiker for purposes of determining classification under Title 18 U.S.C., Chapter 44 and whether they have moved in or affected interstate or foreign commerce.

## NARRATIVE

1. SS/A A.L. Parker II is currently employed as a Supervisory Special Agent.   SS/A A.L. Parker II has been with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since May 2008.  The majority of this time has been spent in the area of Federal firearms investigations.  SS/A A.L. Parker II successfully completed the ATF Interstate Nexus School in June 2015.

2. On July 12, 2021, SS/A A.L. Parker II reviewed the following firearms' serial numbers, names of the manufacturers, model, caliber or gauge, and also, when applicable, the importer.  The firearms are described as follows:

   - Exhibit a: Rifle, Smith & Wesson, model M&P-15, caliber .223, serial #TS09452.  Manufactured in Illinois.

   - Exhibit b: Pistol, Glock, model 45, caliber 9mm, serial number BSBL541. Manufactured in the Republic of Austria.

   - Exhibit c: Pistol, Taurus, model TX22, caliber .22LR, serial number 1PT055839. Manufactured in Florida or Georgia.

   - Exhibit d: Pistol, Taurus, model TX22, caliber .22LR, serial number 1PT057526. Manufactured in Florida or Georgia.

| Prepared by:<br>Alfred L. Parker II | Title:<br>Group Supervisor, Houston III Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Alfred L. Parker II | Title:<br>Group Supervisor, Houston III Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Frederick J. Milanowski Jr | Title:<br>Special Agent in Charge, Houston Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

These firearms were researched by referencing the Bureau of Alcohol, Tobacco, Firearms & Explosives list of firearm manufacturers and other industry related reference material which is widely known and used by both law enforcement and civilian firearms experts to obtain information about firearms and their respective manufacturers, including a firearm's place of manufacture and other matters of interest related to firearms. These references are routinely relied upon to determine the place of manufacture of firearms.

## CONCLUSION(S)

Exhibits "a", "b", "c", and "d" are <u>firearms</u> as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the State of Texas.

## OPINION

It is the opinion of ATF SS/A A.L. Parker II that if Exhibits "a", "b", "c", and "d" were received and/or possessed in the State of Texas, they traveled in or affected interstate and/or foreign commerce.

-----------------------------------------------------------------------------------------------------------
**NOTE**: **The above is based solely on descriptions and/or photographs of the aforementioned exhibit(s) provided by the case agent/officer. Prior to any court testimony by the undersigned agent, a physical examination of those exhibits must be performed in order to verify the above findings.**
-----------------------------------------------------------------------------------------------------------