**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Interstate Nexus | Investigation Number: 782035-20-0038 | Report Number: 2 |
|---|---|---|

## SUMMARY OF EVENT

<u>Interstate Nexus</u>.  On July 26, 202, Bureau of Alcohol, Tobacco, Firearms and Explosives Supervisory Special Agent (S/A) A.L. Parker II was provided descriptions of ammunition by FBI S/A Adam Babiker for purposes of determining classification under Title 18 U.S.C., Chapter 44 and whether it moved in or affected interstate or foreign commerce.

## NARRATIVE

1. SS/A A.L. Parker II is currently employed as a Supervisory Special Agent.   SS/A A.L. Parker II has been with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since May 2008.  The majority of this time has been spent in the area of Federal firearms investigations.  SS/A A.L. Parker II successfully completed the ATF Interstate Nexus School in June 2015.

2. On July 26, 2021, S/A A.L. Parker II reviewed the following ammunition's headstamp markings which include the manufacturer code, caliber or gauge, and also, when applicable, the importer stamp.  The ammunition is described as follows:

    - Exhibit a:  Ammunition, G.F.L. (Giulio Fiocchi, Lecco), .223 REM. Manufactured in Italy, Missouri, or Canada.

This ammunition was researched by referencing the Bureau of Alcohol, Tobacco, Firearms & Explosives list of ammunition manufacturers and other industry related reference material which is widely known and used by both law enforcement and civilian firearms experts to obtain information about ammunition and their respective manufacturers, including its place of manufacture and other matters of interest related to ammunition.  These references are routinely relied upon to determine the place of manufacture of firearms and ammunition.

## CONCLUSION(S)

- Exhibit "a" is <u>ammunition</u> as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(17)(a), and was not manufactured in the State of Texas.

## OPINION

| Prepared by: Alfred L. Parker II | Title: Group Supervisor, Houston III Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Alfred L. Parker II | Title: Group Supervisor, Houston III Field Office | Signature: | Date: |
| Second level reviewer (optional): Frederick J. Milanowski Jr | Title: Special Agent in Charge, Houston Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

It is the opinion of ATF SS/A A.L. Parker II that if Exhibit "a" was received and/or possessed in the State of Texas, it traveled in or affected interstate and/or foreign commerce.

---

**NOTE: The above is based solely on descriptions and/or photographs of the aforementioned exhibit(s) provided by the case agent/officer. Prior to any court testimony by the undersigned agent, a physical examination of those exhibits must be performed in order to verify the above findings.**

---