**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Interstate Nexus | Investigation Number: 782035-20-0038 | Report Number: 3 |
|---|---|---|

## SUMMARY OF EVENT

<u>Firearm Verification</u>.  On February 23, 2023, Bureau of Alcohol, Tobacco, Firearms and Explosives Supervisory Special Agent (S/A) A.L. Parker II inspected three (3) of the four (4) firearms and ammunition for purposes of determining classification under Title 18 U.S.C., Chapter 44 and whether they have moved in or affected interstate or foreign commerce.

## NARRATIVE

1. SS/A A.L. Parker II is currently employed as a Supervisory Special Agent.   SS/A A.L. Parker II has been with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since May 2008.  The majority of this time has been spent in the area of Federal firearms investigations.  SS/A A.L. Parker II successfully completed the ATF Interstate Nexus School in June 2015.

2. On February 23, 2023, SS/A A.L. Parker II physically inspected the below exhibits at Texas Gun Club, located at 206 Brand Lane, Stafford Texas 77477.  The firearms  and ammunition were as originally stated.

- Exhibit a: Rifle, Smith & Wesson, model M&P-15, caliber .223, serial #TS09452.  Manufactured in Illinois.

- Exhibit b: Pistol, Taurus, model TX22, caliber .22LR, serial number 1PT055839. Manufactured in Florida or Georgia.

- Exhibit c: Pistol, Taurus, model TX22, caliber .22LR, serial number 1PT057526. Manufactured in Florida or Georgia.

- Exhibit d:  Ammunition, G.F.L. (Giulio Fiocchi, Lecco), .223 REM. Manufactured in Italy, Missouri, or Canada.

| Prepared by: Alfred L. Parker II | Title: Group Supervisor, Houston III Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Alfred L. Parker II | Title: Group Supervisor, Houston III Field Office | Signature: | Date: |
| Second level reviewer (optional): Frederick J. Milanowski Jr | Title: Special Agent in Charge, Houston Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Interstate Nexus | Investigation Number: 782035-20-0038 | Report Number: 3 |

## **OPINION**

It is the opinion of ATF SS/A A.L. Parker II that if Exhibits "a", "b", "c", and "d" were received and/or possessed in the State of Texas, they traveled in or affected interstate and/or foreign commerce.

ATF EF 3120.2 (10-2004)
For Official Use Only