UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

Note Number: __1__    Case Number: __H-21-CR-396__

Dear Judge Bennett:

☐ We would like to take a break until ____:____ .

☒ We have reached a verdict.

☐ _____

**REDACTED SIGNATURE**

Foreman

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*