UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. H-21-CR-396 |
| § | |
| MOCTAR AHMADOU § | |
| GOUROUDJA AHMADOU, § | |
| § | |
| Defendant. § | |

## VERDICT FORM

With respect to **Count One,**

We the jury find the defendant    ✓ Guilty    _____ Not Guilty

With respect to **Count Two,**

We the jury find the defendant    ✓ Guilty    _____ Not Guilty

With respect to **Count Three,**

We the jury find the defendant    ✓ Guilty    _____ Not Guilty

With respect to **Count Four,**

We the jury find the defendant    ✓ Guilty    _____ Not Guilty

Executed in Houston, Texas.

Dated March 14, 2023  Signed **REDACTED SIGNATURE**

Foreperson of the Jury

27