```
 1                    UNITED STATES DISTRICT COURT
 2                     SOUTHERN DISTRICT OF TEXAS
 3                           HOUSTON DIVISION
 4  UNITED STATES OF AMERICA      .
                                  .  Criminal Action
 5  VERSUS                        .  No. H-21-CR-396
                                  .
 6  MOCTAR GOUROUDJA AHMADOU,     .  Houston, Texas
                                  .  March 13, 2023
 7                                .  9:52 a.m.
                    Defendant.    .
 8  . . . . . . . . . . . . . . . .
 9                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE ALFRED H. BENNETT
10                       PRETRIAL CONFERENCE
11  APPEARANCES:
12  FOR THE UNITED STATES OF AMERICA:
13          Mr. Richard Wesley Bennett
            Mr. Steven Thomas Schammel
14          Assistant United States Attorneys
            UNITED STATES ATTORNEY'S OFFICE
15          1000 Louisiana
            Suite 2300
16          Houston, Texas  77002
            713.567.9540
17          713.567.9325
            Richard.Bennett@usdoj.gov
18          steven.schammel@usdoj.gov
19  FOR THE DEFENDANT:
20          Mr. R. Christopher Goldsmith
            ATTORNEY AT LAW
21          Lyric Centre
            440 Louisiana, Suite 900
22          Houston, Texas 77002
            713.223.1001
23          FAX:  713.236.7721
            rcgoldsmith@pdq.net
24
              PROCEEDINGS RECORDED BY STENOGRAPHIC MEANS,
25        TRANSCRIPT PRODUCED FROM COMPUTER-AIDED TRANSCRIPTION
```

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1  **THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT**
2  **ORDER.  UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE**
3  **OFFICIAL RATE.**

4  **GENERAL ORDER 94-15, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS.**

14  COURT REPORTER:

15      GAYLE L. DYE, CSR, RDR, CRR
    515 Rusk, Room 8004
16      Houston, Texas   77002
    713.250.5582

```
                    1                         PROCEEDINGS
                    2                       March 13, 2023
                    3          THE COURT:  This is Cause Number 4:21-CR-396-1, United
                    4  States of America versus Moctar Ahmadou.
09:52:03            5              Counsel, your appearances for the record.
                    6          MR. SCHAMMEL:  Steven Schammel and Richard Bennett for
                    7  the United States, your Honor.
                    8          MR. GOLDSMITH:  Chris Goldsmith for Mr. Ahmadou, sir.
                    9          THE COURT:  And let the record --
09:52:15           10              Sir, what is your name?
                   11          THE DEFENDANT:  My name is Moctar Ahmadou Gouroudja
                   12  Ahmadou.
                   13          THE COURT:  Let the record reflect that the defendant
                   14  is present and is represented by legal counsel.
09:52:25           15              Counsel, a couple of housekeeping matters.  I
                   16  believe that you have received the juror questionnaires which
                   17  you're now going over.  I'm going to allow you a few more
                   18  moments.
                   19              At the docket call, the Court had its detention
09:52:40           20  -- its attention directed to a Ninth Circuit case on the defense
                   21  of entrapment by estoppel.  The Court has since read that case,
                   22  and it does raise interesting legal questions.  The Court notes
                   23  that that case from the Ninth Circuit was from 2004.
                   24              To the extent that the Fifth Circuit wanted to
09:53:08           25  adopt that line of legal reasoning, it has been afforded more
```

|  |  |
|---|---|
|  | 1   than sufficient time to do so.  But to be clear, from the Fifth |
|  | 2   Circuit, I wanted to determine if there was any similar case as |
|  | 3   to the case from the Ninth Circuit, which was the *United States* |
|  | 4   *of America versus Batterjee*. |
| 09:53:33 | 5              So, counsel, as to that particular Ninth Circuit |
|  | 6   case on the defense of entrapment by estoppel, has the Fifth |
|  | 7   Circuit offered any similar reasoning? |
|  | 8              MR. BENNETT:  Not with respect to firearms dealers, |
|  | 9   your Honor.  There have been a couple of cases where similar |
| 09:53:55 | 10  facts were there, but the Court didn't reach that specific of an |
|  | 11  issue.  I think in one case they found there was an affirmative |
|  | 12  misrepresent -- that there was no affirmative misrepresentation. |
|  | 13  So, they didn't need to go that far. |
|  | 14             But as far as specifically whether private |
| 09:54:12 | 15  firearms dealers are considered federal officials or federal |
|  | 16  agents, my research has shown that the Fifth Circuit has not |
|  | 17  addressed that particular issue. |
|  | 18             Now, on a more broader level, the Fifth Circuit |
|  | 19  has said -- and that's contained in the motion in limine -- that |
| 09:54:26 | 20  state and local officials cannot bind the United States to |
|  | 21  erroneous interpretations of federal law. |
|  | 22             THE COURT:  So, would you agree that it is an open |
|  | 23  question as to whether a federal firearms licensed dealer could |
|  | 24  bind the government since the Fifth Circuit has not spoken to |
| 09:54:47 | 25  that particular question? |

Gayle Dye, CSR, RDR, CRR - 713.250.5582

|  |  |
|---|---|
| 1 | MR. BENNETT: While the Fifth Circuit has not spoken |
| 2 | to that particular question, our position is that it still falls |
| 3 | under the Fifth Circuit precedent, you know, where it says state |
| 4 | or local officials cannot bind it. This is even a step below, a |
| 09:55:06  5 | private employer; not even a state or local official but a |
| 6 | private employer. |
| 7 | THE COURT: Well, it is not a private business, it is |
| 8 | a federal firearms dealer; and the Ninth Circuit speaks to that. |
| 9 | And I believe that the language that they stated -- let me pull |
| 09:55:21 10 | it up. Just a moment. |
| 11 | In the Ninth Circuit's opinion, they stated "The |
| 12 | United States Government has made licensed firearm dealers |
| 13 | federal agents in connection with the gathering and dispensing |
| 14 | of information on the purchase of firearms." |
| 09:55:54 15 | So, this is unlike local and state officials. |
| 16 | This is where the -- in this opinion, they are stating that |
| 17 | federal -- or licensed firearm dealers are, in fact, federal |
| 18 | agents. |
| 19 | MR. BENNETT: Yes, your Honor. And I believe that |
| 09:56:14 20 | deals with the ATF form, that -- you know, that federal |
| 21 | firearms-licensed dealers are required under federal law to have |
| 22 | that form and fill it out. But as far as, you know, being able |
| 23 | to consider everyone who comes in and looking at making sure |
| 24 | that they're not in a prohibited status, I think that's what |
| 09:56:35 25 | distinguishes that case from this case, your Honor. |

1               THE COURT:  And there was a specific question about
2  that or -- not whether or not that they could legally -- illegal
3  -- or could not possess a firearm.  The question was whether
4  they are in the country legally, I believe.
5               MR. BENNETT:  There was a waiver form that kind of had
6  a bad summary of 18 USC 922 which left out several parts of that
7  statute, and it omitted the part where someone had been admitted
8  as a non-immigrant visa.
9               THE COURT:  Let me just say this:  After having read
10 that case, while I'm not going to step away from my ruling at
11 this time, I do want to hear the specific facts of this case to
12 see if, in fact, I do need to revisit my opinion regarding
13 whether or not this would be available as an affirmative
14 defense.
15              Again, in the absence of Fifth Circuit precedent,
16 I think that I've made the correct ruling; but I do want to
17 reserve the right to revisit that ruling based upon how the
18 facts -- the evidence plays out in this particular presentation.
19              MR. BENNETT:  Yes, your Honor.  And to the extent that
20 -- I guess when that question comes up during this trial and if
21 the Court wants to revisit it, may I suggest that, you know,
22 questions could be asked by defense counsel outside the presence
23 of the jury so the Court can make a decision and the jury is not
24 hearing irrelevant evidence.
25              THE COURT:  Well, to the extent there was an

1  interaction at the gun range, that's fair game.  And I assume
2  that your presentation is going to be that the defendant went
3  into the gun range and engaged in certain actions, specifically,
4  the handling of firearms.
5            MR. BENNETT:  Right.
6            THE COURT:  So, to the extent that the defense counsel
7  wishes to inquire as to what else occurred during that action,
8  that's fair game.
9            MR. BENNETT:  Okay.
10           THE COURT:  And so, that could be conversations with
11 those who were there, paperwork that was filled out.  That's all
12 part of the same encounter that the government is seeking to
13 introduce, is it not?
14           MR. BENNETT:  Yes, your Honor.  I mean, you know, the
15 fact that there was paperwork filled out, not going into the
16 specifics of that paperwork is where I think that we -- that
17 waiver I was talking about that incorrectly cites that statute,
18 I believe that's where the irrelevant evidence comes in because
19 it does not go to an element of the offense.
20           THE COURT:  I disagree.  To the extent that the
21 government is going to put on evidence of the encounter at the
22 gun range, you don't get to cherry pick that portion that is
23 only favorable to the government.  The defense can also talk
24 about the encounter.
25           Now, whether or not that will later entitle them

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1  to a jury question is what we're talking about.  And so, if
2  you're going to put on evidence about what happened at the gun
3  range, the defense will have the same right as they see fit when
4  it comes to questioning of witnesses.
5              MR. BENNETT:  Yes, your Honor.  And just so the -- I'm
6  aware, during the voir dire process, is the Court going to cover
7  the elements of the offense with the panel?
8              THE COURT:  I believe I will read -- oh, I'm glad you
9  mentioned that because I printed the indictment; and I wanted to
10 make sure I had the correct one.  I have the indictment that was
11 dated -- or is Document 51 dated 7-28-21.
12             Is there a superseding indictment?
13             MR. SCHAMMEL:  There was no superseding indictment,
14 your Honor.
15             THE COURT:  Okay.  So, in this indictment, there were
16 four counts; and then, in the government's proposed jury
17 instructions, it mentions the four counts; and for you to find
18 the defendant guilty of this crime, it lists out four elements
19 of the offense.
20             So, I know that I will be reading portions of the
21 indictment as to the counts.  And it's your desire that the
22 elements be read, as well?
23             MR. BENNETT:  Yes, your Honor.  Because I was going to
24 plan to ask in voir dire, if the Court didn't already ask that.
25 There are two things to kind of clarify and get the jury's

1  position on:  Is that, one, the government doesn't have to prove
2  that the defendant knew the firearm traveled in interstate or
3  foreign commerce.  That's just a jurisdictional requirement.
4          THE COURT:  Right.
5          MR. BENNETT:  And second, that the defendant does not
6  have to know that by virtue of his status that his conduct was
7  unlawful.  And that's, you know, set forth pretty clearly by the
8  Fifth Circuit, just the four elements are the knowing
9  possession --
10          THE COURT:  Whoa.
11          MR. BENNETT:  Yes, your Honor.
12          THE COURT:  You said that his status was unlawful.  My
13  understanding is his status was not unlawful.
14          MR. BENNETT:  No, no, no.  I didn't mean that, Judge.
15          THE COURT:  Okay.
16          MR. BENNETT:  You know, what I was going to bring up
17  is that "status," meaning his status as being admitted on a
18  non-immigrant visa similar to status of a convicted felon or --
19  and such.
20          THE COURT:  His status did not allow him to possess a
21  firearm?
22          MR. BENNETT:  The government does not have to prove
23  that he knew that his status prohibited him from possessing a
24  firearm.  We have to prove the knowing possession; we have to
25  prove his status; we have to prove he knew his status; and then,

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1  the jurisdictional element.
2              But the Fifth Circuit is pretty clear that we
3  don't have to prove that the defendant knew his status
4  prohibited him from possessing a firearm ammunition.
5              THE COURT:  Yeah.  The elements are the elements.
6              MR. BENNETT:  Sure.
7              THE COURT:  Okay.
8              MR. BENNETT:  And if the Court asks that, great.  If
9  the Court doesn't ask that, I plan on asking the panel that
10 myself, too.
11             THE COURT:  All right.
12             MR. BENNETT:  Thank you, Judge.
13             THE COURT:  Mr. Goldsmith, you stood as if you had
14 something to say.
15             MR. GOLDSMITH:  Your Honor, I'm not aware of any Fifth
16 Circuit case that directly considers --
17             THE COURT REPORTER:  I'm sorry, could you use the
18 mike, please.
19             THE COURT:  Pull your mike in.  Yeah.
20             MR. GOLDSMITH:  -- this issue in *Batterjee.*  I think
21 this is potentially a case of first impression in the Fifth
22 Circuit.  There might be an unpublished case or something that I
23 did not find; but certainly, I could not find any case law
24 directly on point.
25             THE COURT:  All right.  Thank you.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1           Ms. Edwards, by way of having the panel up here,
2  -- how long do you think it will take?
3           THE CASE MANAGER:  Probably ten minutes.
4           THE COURT:  Okay.  Why don't you -- let's go ahead and
5  bring them up.  Get them here, say -- let's plan on -- I guess
6  they'll get up here, and they may want to use the facilities --
7  say, 10:25.
8           THE CASE MANAGER:  You want them here at --
9           THE COURT:  Well, we're going to come into the
10 courtroom at 10:25.  So, you get them up here; and they can use
11 the facilities before we call them in.
12          THE CASE MANAGER:  Okay.
13          (Pretrial proceedings concluded at 10:06 a.m.)
14                       C E R T I F I C A T E
15
16     I certify that the foregoing is a correct transcript
17 from the record of proceedings in the above-entitled matter, to
18 the best of my ability.
19
20 By: /s/*Gayle L. Dye*                        *03-17-2024*
21       Gayle L. Dye, CSR, RDR, CRR         Date
22
23
24
25

| / |
|---|
| **/s/Gayle** [1] - 11:20 |

| 0 |
|---|
| **03-17-2024** [1] - 11:20 |

| 1 |
|---|
| **1000** [1] - 1:15 |
| **10:06** [1] - 11:13 |
| **10:25** [2] - 11:7, 11:10 |
| **13** [2] - 1:6, 3:2 |
| **18** [1] - 6:6 |

| 2 |
|---|
| **2004** [1] - 3:23 |
| **2023** [2] - 1:6, 3:2 |
| **2300** [1] - 1:15 |

| 4 |
|---|
| **440** [1] - 1:21 |
| **4:21-CR-396-1** [1] - 3:3 |

| 5 |
|---|
| **51** [1] - 8:11 |
| **515** [1] - 2:15 |

| 7 |
|---|
| **7-28-21** [1] - 8:11 |
| **713.223.1001** [1] - 1:22 |
| **713.236.7721** [1] - 1:23 |
| **713.250.5582** [1] - 2:16 |
| **713.567.9325** [1] - 1:17 |
| **713.567.9540** [1] - 1:16 |
| **77002** [3] - 1:16, 1:22, 2:16 |

| 8 |
|---|
| **8004** [1] - 2:15 |

| 9 |
|---|
| **900** [1] - 1:21 |
| **922** [1] - 6:6 |
| **94-15** [1] - 2:4 |
| **9:52** [1] - 1:7 |

| A |
|---|
| **A** [1] - 11:14 |
| **a** [30] - 3:15, 3:17, 3:20, 4:9, 4:18, 4:23, 5:4, 5:5, 5:7, 5:8, 5:10, 5:24, 6:1, 6:3, 6:5, 6:6, 6:8, 6:23, 8:1, 8:12, 9:3, 9:17, 9:18, 9:20, 9:23, 10:4, 10:21, 11:16 |
| **a.m** [2] - 1:7, 11:13 |

**ability** [1] - 11:18
**able** [1] - 5:22
**about** [5] - 6:1, 7:17, 7:24, 8:1, 8:2
**above** [1] - 11:17
**above-entitled** [1] - 11:17
**absence** [1] - 6:15
**ACT** [1] - 2:1
**Action** [1] - 1:4
**action** [1] - 7:7
**actions** [1] - 7:3
**addressed** [1] - 4:17
**admitted** [2] - 6:7, 9:17
**adopt** [1] - 3:25
**affirmative** [3] - 4:11, 4:12, 6:13
**afforded** [1] - 3:25
**after** [1] - 6:9
**again** [1] - 6:15
**AGAINST** [1] - 2:2
**agents** [3] - 4:16, 5:13, 5:18
**agree** [1] - 4:22
**ahead** [1] - 11:4
**Ahmadou** [4] - 3:4, 3:8, 3:11, 3:12
**AHMADOU** [1] - 1:6
**AIDED** [1] - 1:25
**ALFRED** [1] - 1:9
**all** [3] - 7:11, 10:11, 10:25
**allow** [2] - 3:17, 9:20
**already** [1] - 8:24
**also** [1] - 7:23
**AMERICA** [2] - 1:4, 1:12
**America** [2] - 3:4, 4:4
**ammunition** [1] - 10:4
**an** [7] - 4:10, 4:11, 4:22, 6:13, 6:25, 7:19, 10:22
**AN** [2] - 2:2, 2:2
**and** [36] - 3:6, 3:9, 3:14, 3:22, 4:19, 4:20, 5:8, 5:9, 5:13, 5:15, 5:19, 5:22, 5:23, 6:1, 6:7, 6:19, 6:20, 6:23, 7:1, 7:3, 7:10, 8:1, 8:5, 8:9, 8:16, 8:17, 8:21, 8:25, 9:5, 9:7, 9:19, 9:25, 10:8, 11:4, 11:6, 11:10
**AND** [2] - 2:1, 2:2
**any** [4] - 4:2, 4:7, 10:15, 10:23
**appearances** [2] - 1:11, 3:5
**are** [8] - 4:15, 5:16, 5:17, 5:21, 6:4, 8:25, 9:8, 10:5
**AS** [1] - 2:1
**as** [15] - 4:2, 4:5, 4:14, 4:23, 5:22, 6:8, 6:13, 7:7, 8:3, 8:21, 8:22, 9:17, 10:13
**ask** [3] - 8:24, 10:9
**asked** [1] - 6:22
**asking** [1] - 10:9
**asks** [1] - 10:8
**ASSESSMENT** [1] - 2:2
**Assistant** [1] - 1:14
**assume** [1] - 7:1
**at** [9] - 3:19, 5:23, 6:10, 7:1, 7:21, 8:2, 11:8, 11:10, 11:13
**AT** [3] - 1:20, 2:1, 2:2

**ATF** [1] - 5:20
**attention** [1] - 3:20
**ATTORNEY** [1] - 1:20
**ATTORNEY'S** [1] - 1:14
**Attorneys** [1] - 1:14
**AUTHORIZED** [1] - 2:1
**available** [1] - 6:13
**aware** [2] - 8:6, 10:15
**away** [1] - 6:10

| B |
|---|

**bad** [1] - 6:6
**based** [1] - 6:17
**Batterjee** [2] - 4:4, 10:20
**BE** [1] - 2:1
**be** [8] - 4:1, 6:13, 6:22, 7:2, 7:10, 8:20, 8:22, 10:22
**because** [3] - 7:18, 8:9, 8:23
**been** [3] - 3:25, 4:9, 6:7
**BEEN** [1] - 2:1
**before** [1] - 11:11
**BEFORE** [1] - 1:9
**being** [2] - 5:22, 9:17
**believe** [6] - 3:16, 5:9, 5:19, 6:4, 7:18, 8:8
**below** [1] - 5:4
**BENNETT** [19] - 1:9, 4:8, 5:1, 5:19, 6:5, 6:19, 7:5, 7:9, 7:14, 8:5, 8:23, 9:5, 9:11, 9:14, 9:16, 9:22, 10:6, 10:8, 10:12
**Bennett** [2] - 1:13, 3:6
**best** [1] - 11:18
**bind** [3] - 4:20, 4:24, 5:4
**bring** [2] - 9:16, 11:5
**broader** [1] - 4:18
**business** [1] - 5:7
**but** [8] - 4:1, 4:10, 4:14, 5:5, 5:22, 6:16, 10:2, 10:23
**by** [7] - 3:14, 3:21, 4:6, 6:22, 9:6, 9:7, 11:1
**By** [1] - 11:20
**BY** [2] - 1:24, 2:1

| C |
|---|

**C** [2] - 11:14
**call** [2] - 3:19, 11:11
**can** [3] - 6:23, 7:23, 11:10
**cannot** [2] - 4:20, 5:4
**case** [15] - 3:20, 3:21, 3:23, 4:2, 4:3, 4:6, 4:11, 5:25, 6:10, 6:11, 10:16, 10:21, 10:22, 10:23
**CASE** [3] - 11:3, 11:8, 11:12
**cases** [1] - 4:9
**cause** [1] - 3:3
**Centre** [1] - 1:21
**certain** [1] - 7:3
**certainly** [1] - 10:23
**certify** [1] - 11:16

**cherry** [1] - 7:22
**Chris** [1] - 3:8
**Christopher** [1] - 1:20
**circuit** [1] - 10:2
**Circuit** [17] - 3:20, 3:23, 3:24, 4:2, 4:3, 4:5, 4:7, 4:16, 4:18, 4:24, 5:1, 5:3, 5:8, 6:15, 9:8, 10:16, 10:22
**circuit's** [1] - 5:11
**cites** [1] - 7:17
**clarify** [1] - 8:25
**clear** [2] - 4:1, 10:2
**clearly** [1] - 9:7
**come** [1] - 11:9
**comes** [4] - 5:23, 6:20, 7:18, 8:4
**commerce** [1] - 9:3
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**concluded** [1] - 11:13
**conduct** [1] - 9:6
**CONFERENCE** [1] - 1:10
**connection** [1] - 5:13
**consider** [1] - 5:23
**considered** [1] - 4:15
**considers** [1] - 10:16
**contained** [1] - 4:19
**conversations** [1] - 7:10
**convicted** [1] - 9:18
**COPY** [1] - 2:2
**correct** [3] - 6:16, 8:10, 11:16
**COST** [1] - 2:2
**could** [7] - 4:23, 6:2, 6:3, 6:22, 7:10, 10:17, 10:23
**counsel** [6] - 3:5, 3:14, 3:15, 4:5, 6:22, 7:6
**COUNSEL** [1] - 2:2
**country** [1] - 6:4
**counts** [3] - 8:16, 8:17, 8:21
**couple** [2] - 3:15, 4:9
**COURT** [31] - 1:1, 2:1, 2:4, 2:14, 3:3, 3:9, 3:13, 4:22, 5:7, 6:1, 6:9, 6:25, 7:6, 7:10, 7:20, 8:8, 8:15, 9:4, 9:10, 9:12, 9:15, 9:20, 10:5, 10:7, 10:11, 10:13, 10:17, 10:19, 10:25, 11:4, 11:9
**Court** [10] - 3:19, 3:21, 3:22, 4:10, 6:21, 6:23, 8:6, 8:24, 10:8, 10:9
**courtroom** [1] - 11:10
**cover** [1] - 8:6
**crime** [1] - 8:18
**CRIMINAL** [1] - 2:1
**criminal** [1] - 1:4
**CRR** [2] - 2:15, 11:21
**CSR** [2] - 2:15, 11:21

**D**

**Date** [1] - 11:21
**dated** [2] - 8:11
**dealer** [2] - 4:23, 5:8
**dealers** [5] - 4:8, 4:15, 5:12, 5:17, 5:21

**deals** [1] - 5:20
**decision** [1] - 6:23
**defendant** [6] - 3:13, 7:2, 8:18, 9:2, 9:5, 10:3
**Defendant** [1] - 1:7
**DEFENDANT** [2] - 1:19, 3:11
**defense** [7] - 3:20, 4:6, 6:14, 6:22, 7:6, 7:23, 8:3
**desire** [1] - 8:21
**detention** [1] - 3:19
**determine** [1] - 4:2
**did** [2] - 9:20, 10:23
**didn't** [4] - 4:10, 4:13, 8:24, 9:14
**dire** [2] - 8:6, 8:24
**directed** [1] - 3:20
**directly** [2] - 10:16, 10:24
**disagree** [1] - 7:20
**dispensing** [1] - 5:13
**distinguishes** [1] - 5:25
**DISTRICT** [4] - 1:1, 1:2, 2:4, 2:4
**DIVISION** [1] - 1:3
**do** [5] - 4:1, 6:11, 6:12, 6:16, 11:2
**docket** [1] - 3:19
**document** [1] - 8:11
**does** [4] - 3:22, 7:19, 9:5, 9:22
**doesn't** [2] - 9:1, 10:9
**don't** [3] - 7:22, 10:3, 11:4
**during** [3] - 6:20, 7:7, 8:6
**DYE** [1] - 2:15
**Dye** [2] - 11:20, 11:21

**E**

**E** [2] - 11:14
**Edwards** [1] - 11:1
**element** [2] - 7:19, 10:1
**elements** [6] - 8:7, 8:18, 8:22, 9:8, 10:5
**else** [1] - 7:7
**employer** [2] - 5:5, 5:6
**encounter** [3] - 7:12, 7:21, 7:24
**engaged** [1] - 7:3
**entitle** [1] - 7:25
**entitled** [1] - 11:17
**entrapment** [2] - 3:21, 4:6
**erroneous** [1] - 4:21
**estoppel** [2] - 3:21, 4:6
**even** [2] - 5:4, 5:5
**everyone** [1] - 5:23
**evidence** [5] - 6:18, 6:24, 7:18, 7:21, 8:2
**EXPENSE** [1] - 2:1
**extent** [5] - 3:24, 6:19, 6:25, 7:6, 7:20

**F**

**F** [1] - 11:14
**facilities** [2] - 11:6, 11:11
**fact** [3] - 5:17, 6:12, 7:15
**facts** [3] - 4:10, 6:11, 6:18
**fair** [2] - 7:1, 7:8

**falls** [1] - 5:2
**far** [3] - 4:13, 4:14, 5:22
**favorable** [1] - 7:23
**FAX** [1] - 1:23
**federal** [10] - 4:15, 4:21, 4:23, 5:8, 5:13, 5:17, 5:20, 5:21
**felon** [1] - 9:18
**few** [1] - 3:17
**Fifth** [13] - 3:24, 4:1, 4:6, 4:16, 4:18, 4:24, 5:1, 5:3, 6:15, 9:8, 10:2, 10:15, 10:21
**fill** [1] - 5:22
**filled** [2] - 7:11, 7:15
**find** [3] - 8:17, 10:23
**firearm** [7] - 5:12, 5:17, 6:3, 9:2, 9:21, 9:24, 10:4
**firearms** [7] - 4:8, 4:15, 4:23, 5:8, 5:14, 5:21, 7:4
**firearms-licensed** [1] - 5:21
**first** [1] - 10:21
**fit** [1] - 8:3
**FOR** [3] - 1:12, 1:19, 2:2
**for** [4] - 3:5, 3:6, 3:8, 8:17
**foregoing** [1] - 11:16
**foreign** [1] - 9:3
**form** [3] - 5:20, 5:22, 6:5
**forth** [1] - 9:7
**found** [1] - 4:11
**four** [4] - 8:16, 8:17, 8:18, 9:8
**FROM** [1] - 1:25
**from** [9] - 3:23, 4:1, 4:3, 5:25, 6:10, 9:23, 10:4, 11:17
**FURNISHED** [1] - 2:1

**G**

**game** [2] - 7:1, 7:8
**gathering** [1] - 5:13
**GAYLE** [1] - 2:15
**Gayle** [1] - 11:21
**GENERAL** [1] - 2:4
**get** [5] - 7:22, 8:25, 11:5, 11:6, 11:10
**glad** [1] - 8:8
**go** [3] - 4:13, 7:19, 11:4
**going** [11] - 3:17, 6:10, 7:2, 7:15, 7:21, 8:2, 8:6, 8:23, 9:16, 11:9
**Goldsmith** [3] - 1:20, 3:8, 10:13
**GOLDSMITH** [3] - 3:8, 10:15, 10:20
**GOUROUDJA** [1] - 1:6
**Gouroudja** [1] - 3:11
**Government** [1] - 5:12
**government** [6] - 4:24, 7:12, 7:21, 7:23, 9:1, 9:22
**government's** [1] - 8:16
**great** [1] - 10:8
**guess** [2] - 6:20, 11:5
**guilty** [1] - 8:18
**gun** [4] - 7:1, 7:3, 7:22, 8:2

## H

**H** [1] - 1:9
**H-21-CR-396** [1] - 1:5
**had** [5] - 3:19, 6:5, 6:7, 8:10, 10:13
**handling** [1] - 7:4
**happened** [1] - 8:2
**HAS** [1] - 2:1
**has** [9] - 3:21, 3:25, 4:6, 4:16, 4:19, 4:24, 5:1, 5:12
**have** [12] - 3:16, 4:9, 5:21, 8:3, 8:10, 9:1, 9:6, 9:22, 9:24, 9:25, 10:3
**having** [2] - 6:9, 11:1
**he** [2] - 9:23, 9:25
**hear** [1] - 6:11
**hearing** [1] - 6:24
**here** [5] - 11:1, 11:5, 11:6, 11:8, 11:10
**him** [3] - 9:20, 9:23, 10:4
**his** [10] - 9:6, 9:12, 9:13, 9:17, 9:20, 9:23, 9:25, 10:3
**Honor** [11] - 3:7, 4:9, 5:19, 5:25, 6:19, 7:14, 8:5, 8:14, 8:23, 9:11, 10:15
**HONORABLE** [1] - 1:9
**housekeeping** [1] - 3:15
**HOUSTON** [1] - 1:3
**Houston** [4] - 1:6, 1:16, 1:22, 2:16
**how** [2] - 6:17, 11:2

## I

**I** [38] - 3:15, 4:2, 4:11, 5:9, 5:19, 5:24, 6:4, 6:11, 6:12, 6:16, 6:20, 6:21, 7:1, 7:14, 7:16, 7:17, 7:18, 7:20, 8:8, 8:9, 8:10, 8:20, 8:23, 9:14, 9:16, 10:9, 10:20, 10:22, 10:23, 11:5, 11:14, 11:16
**I'm** [6] - 3:17, 6:10, 8:5, 8:8, 10:15, 10:17
**I've** [1] - 6:16
**if** [8] - 4:2, 6:12, 6:20, 8:1, 8:24, 10:8, 10:13
**illegal** [1] - 6:2
**immigrant** [2] - 6:8, 9:18
**impression** [1] - 10:21
**in** [24] - 4:11, 4:19, 5:11, 5:13, 5:16, 5:17, 5:23, 5:24, 6:4, 6:12, 6:15, 6:18, 7:3, 7:18, 8:15, 8:16, 8:24, 9:2, 10:19, 10:20, 10:21, 11:11, 11:17
**IN** [1] - 2:2
**incorrectly** [1] - 7:17
**indictment** [6] - 8:9, 8:10, 8:12, 8:13, 8:15, 8:21
**information** [1] - 5:14
**inquire** [1] - 7:7
**instructions** [1] - 8:17
**interaction** [1] - 7:1
**interesting** [1] - 3:22
**interpretations** [1] - 4:21
**interstate** [1] - 9:2
**into** [3] - 7:3, 7:15, 11:9

**introduce** [1] - 7:13
**irrelevant** [2] - 6:24, 7:18
**is** [29] - 3:3, 3:10, 3:11, 3:14, 4:22, 5:2, 5:4, 5:7, 5:15, 5:16, 6:23, 7:2, 7:12, 7:13, 7:16, 7:21, 7:22, 8:1, 8:6, 8:11, 8:12, 9:1, 9:13, 9:17, 10:2, 10:21, 11:16
**issue** [3] - 4:11, 4:17, 10:20
**it** [18] - 3:22, 3:25, 4:22, 5:2, 5:3, 5:4, 5:7, 5:10, 5:22, 6:7, 6:21, 7:13, 7:19, 8:4, 8:17, 8:18, 11:2
**it's** [1] - 8:21
**its** [2] - 3:19, 3:20

## J

**judge** [2] - 9:14, 10:12
**jurisdictional** [2] - 9:3, 10:1
**juror** [1] - 3:16
**jury** [4] - 6:23, 8:1, 8:16
**jury's** [1] - 8:25
**just** [5] - 5:10, 6:9, 8:5, 9:3, 9:8
**JUSTICE** [1] - 2:1

## K

**kind** [2] - 6:5, 8:25
**knew** [4] - 9:2, 9:23, 9:25, 10:3
**know** [9] - 5:3, 5:20, 5:22, 6:21, 7:14, 8:20, 9:6, 9:7, 9:16
**knowing** [2] - 9:8, 9:24

## L

**L** [3] - 2:15, 11:20, 11:21
**language** [1] - 5:9
**later** [1] - 7:25
**law** [3] - 4:21, 5:21, 10:23
**LAW** [1] - 1:20
**left** [1] - 6:6
**legal** [3] - 3:14, 3:22, 3:25
**legally** [2] - 6:2, 6:4
**let** [4] - 3:9, 3:13, 5:9, 6:9
**let's** [2] - 11:4, 11:5
**level** [1] - 4:18
**licensed** [4] - 4:23, 5:12, 5:17, 5:21
**limine** [1] - 4:19
**line** [1] - 3:25
**lists** [1] - 8:18
**local** [4] - 4:20, 5:4, 5:5, 5:15
**long** [1] - 11:2
**looking** [1] - 5:23
**Louisiana** [2] - 1:15, 1:21
**Lyric** [1] - 1:21

## M

**made** [2] - 5:12, 6:16
**make** [2] - 6:23, 8:10
**making** [1] - 5:23

**MANAGER** [3] - 11:3, 11:8, 11:12
**March** [1] - 3:2
**march** [1] - 1:6
**matter** [1] - 11:17
**matters** [1] - 3:15
**may** [2] - 6:21, 11:6
**MAY** [1] - 2:1
**me** [2] - 5:9, 6:9
**mean** [2] - 7:14, 9:14
**meaning** [1] - 9:17
**MEANS** [1] - 1:24
**mentioned** [1] - 8:9
**mentions** [1] - 8:17
**might** [1] - 10:22
**mike** [2] - 10:18, 10:19
**minutes** [1] - 11:3
**misrepresent** [1] - 4:12
**misrepresentation** [1] - 4:12
**MOCTAR** [1] - 1:6
**Moctar** [2] - 3:4, 3:11
**moment** [1] - 5:10
**moments** [1] - 3:18
**more** [3] - 3:17, 3:25, 4:18
**motion** [1] - 4:19
**Mr** [5] - 1:13, 1:13, 1:20, 3:8, 10:13
**MR** [23] - 3:6, 3:8, 4:8, 5:1, 5:19, 6:5, 6:19, 7:5, 7:9, 7:14, 8:5, 8:13, 8:23, 9:5, 9:11, 9:14, 9:16, 9:22, 10:6, 10:8, 10:12, 10:15, 10:20
**Ms** [1] - 11:1
**my** [6] - 3:11, 4:16, 6:10, 6:12, 9:12, 11:18
**myself** [1] - 10:10

## N

**name** [2] - 3:10, 3:11
**need** [2] - 4:13, 6:12
**Ninth** [6] - 3:20, 3:23, 4:3, 4:5, 5:8, 5:11
**No** [1] - 1:5
**no** [5] - 4:12, 8:13, 9:14
**non** [2] - 6:8, 9:18
**non-immigrant** [2] - 6:8, 9:18
**not** [24] - 4:8, 4:16, 4:24, 5:1, 5:5, 5:7, 5:24, 6:2, 6:3, 6:10, 6:13, 6:23, 7:13, 7:15, 7:19, 7:25, 9:5, 9:13, 9:20, 9:22, 10:15, 10:23
**notes** [1] - 3:22
**now** [3] - 3:17, 4:18, 7:25
**number** [1] - 3:3

## O

**occurred** [1] - 7:7
**OF** [6] - 1:2, 1:4, 1:9, 1:12, 2:2, 2:4
**of** [35] - 3:4, 3:15, 3:21, 3:25, 4:4, 4:6, 4:9, 4:10, 4:21, 5:14, 6:5, 6:6, 6:11, 6:15, 6:23, 7:4, 7:12, 7:16, 7:19, 7:21, 8:4, 8:7, 8:18, 8:19, 8:20, 8:25, 9:6, 9:18, 10:15, 10:21, 11:1, 11:17, 11:18

**offense** [3] - 7:19, 8:7, 8:19
**offered** [1] - 4:7
**OFFICE** [1] - 1:14
**OFFICIAL** [1] - 2:3
**official** [1] - 5:5
**officials** [4] - 4:15, 4:20, 5:4, 5:15
**oh** [1] - 8:8
**Okay** [1] - 11:12
**okay** [5] - 7:9, 8:15, 9:15, 10:7, 11:4
**omitted** [1] - 6:7
**on** [11] - 3:20, 4:6, 4:18, 5:14, 7:21, 8:2, 9:1, 9:17, 10:9, 10:24, 11:5
**one** [3] - 4:11, 8:10, 9:1
**ONE** [1] - 2:2
**only** [1] - 7:23
**ONLY** [1] - 2:1
**open** [1] - 4:22
**opinion** [3] - 5:11, 5:16, 6:12
**or** [13] - 4:15, 5:4, 5:5, 5:17, 6:2, 6:3, 6:13, 7:25, 8:11, 9:2, 9:18, 10:22
**ORDER** [2] - 2:2, 2:4
**ORIGINAL** [1] - 2:2
**our** [1] - 5:2
**out** [6] - 5:22, 6:6, 6:18, 7:11, 7:15, 8:18
**outside** [1] - 6:22
**over** [1] - 3:17

**P**

**panel** [3] - 8:7, 10:9, 11:1
**paperwork** [3] - 7:11, 7:15, 7:16
**part** [2] - 6:7, 7:12
**particular** [5] - 4:5, 4:17, 4:25, 5:2, 6:18
**parts** [1] - 6:6
**pick** [1] - 7:22
**plan** [3] - 8:24, 10:9, 11:5
**plays** [1] - 6:18
**please** [1] - 10:18
**point** [1] - 10:24
**portion** [1] - 7:22
**portions** [1] - 8:20
**position** [2] - 5:2, 9:1
**possess** [2] - 6:3, 9:20
**possessing** [2] - 9:23, 10:4
**possession** [2] - 9:9, 9:24
**potentially** [1] - 10:21
**precedent** [2] - 5:3, 6:15
**presence** [1] - 6:22
**present** [1] - 3:14
**presentation** [2] - 6:18, 7:2
**Pretrial** [1] - 11:13
**PRETRIAL** [1] - 1:10
**pretty** [2] - 9:7, 10:2
**printed** [1] - 8:9
**private** [4] - 4:14, 5:5, 5:6, 5:7
**probably** [1] - 11:3
**PROCEEDINGS** [3] - 1:9, 1:24, 3:1
**proceedings** [2] - 11:13, 11:17
**process** [1] - 8:6

**PRODUCED** [1] - 1:25
**prohibited** [3] - 5:24, 9:23, 10:4
**proposed** [1] - 8:16
**prove** [6] - 9:1, 9:22, 9:24, 9:25, 10:3
**PUBLIC** [1] - 2:1
**pull** [2] - 5:9, 10:19
**purchase** [1] - 5:14
**put** [2] - 7:21, 8:2

**Q**

**question** [7] - 4:23, 4:25, 5:2, 6:1, 6:3, 6:20, 8:1
**questioning** [1] - 8:4
**questionnaires** [1] - 3:16
**questions** [2] - 3:22, 6:22

**R**

**R** [2] - 1:20, 11:14
**raise** [1] - 3:22
**range** [4] - 7:1, 7:3, 7:22, 8:3
**RATE** [1] - 2:3
**rcgoldsmith@pdq.net** [1] - 1:23
**RDR** [2] - 2:15, 11:21
**reach** [1] - 4:10
**read** [4] - 3:21, 6:9, 8:8, 8:22
**reading** [1] - 8:20
**reasoning** [2] - 3:25, 4:7
**received** [1] - 3:16
**record** [4] - 3:5, 3:9, 3:13, 11:17
**RECORDED** [1] - 1:24
**reflect** [1] - 3:13
**regarding** [1] - 6:12
**REPORTER** [2] - 2:14, 10:17
**represented** [1] - 3:14
**REPRODUCTION** [1] - 2:2
**required** [1] - 5:21
**requirement** [1] - 9:3
**research** [1] - 4:16
**reserve** [1] - 6:17
**respect** [1] - 4:8
**RESULT** [1] - 2:2
**revisit** [3] - 6:12, 6:17, 6:21
**Richard** [2] - 1:13, 3:6
**Richard.Bennett@usdoj.gov** [1] - 1:17
**right** [6] - 6:17, 7:5, 8:3, 9:4, 10:11, 10:25
**Room** [1] - 2:15
**ruling** [3] - 6:10, 6:16, 6:17
**Rusk** [1] - 2:15

**S**

**said** [2] - 4:19, 9:12
**same** [2] - 7:12, 8:3
**say** [4] - 6:9, 10:14, 11:5, 11:7
**says** [1] - 5:3
**Schammel** [2] - 1:13, 3:6
**SCHAMMEL** [2] - 3:6, 8:13

**second** [1] - 9:5
**see** [2] - 6:12, 8:3
**seeking** [1] - 7:12
**set** [1] - 9:7
**several** [1] - 6:6
**shown** [1] - 4:16
**similar** [4] - 4:2, 4:7, 4:9, 9:18
**since** [2] - 3:21, 4:24
**sir** [2] - 3:8, 3:10
**so** [13] - 4:1, 4:5, 4:13, 4:22, 5:15, 6:23, 7:6, 7:10, 8:1, 8:5, 8:15, 8:20, 11:10
**someone** [1] - 6:7
**something** [2] - 10:14, 10:22
**sorry** [1] - 10:17
**SOUTHERN** [2] - 1:2, 2:4
**speaks** [1] - 5:8
**specific** [3] - 4:10, 6:1, 6:11
**specifically** [2] - 4:14, 7:3
**specifics** [1] - 7:16
**spoken** [2] - 4:24, 5:1
**state** [4] - 4:20, 5:3, 5:5, 5:15
**stated** [2] - 5:9, 5:11
**STATES** [5] - 1:1, 1:4, 1:12, 1:14, 2:4
**States** [6] - 1:14, 3:4, 3:7, 4:3, 4:20, 5:12
**stating** [1] - 5:16
**status** [12] - 5:24, 9:6, 9:12, 9:13, 9:17, 9:18, 9:20, 9:23, 9:25, 10:3
**statute** [2] - 6:7, 7:17
**STENOGRAPHIC** [1] - 1:24
**step** [2] - 5:4, 6:10
**Steven** [2] - 1:13, 3:6
**steven.schammel@usdoj.gov** [1] - 1:18
**still** [1] - 5:2
**stood** [1] - 10:13
**such** [1] - 9:19
**sufficient** [1] - 4:1
**suggest** [1] - 6:21
**Suite** [2] - 1:15, 1:21
**summary** [1] - 6:6
**superseding** [2] - 8:12, 8:13
**sure** [3] - 5:23, 8:10, 10:6

**T**

**T** [2] - 11:14
**take** [1] - 11:2
**talk** [1] - 7:23
**talking** [2] - 7:17, 8:1
**ten** [1] - 11:3
**TEXAS** [2] - 1:2, 2:4
**Texas** [4] - 1:6, 1:16, 1:22, 2:16
**than** [1] - 4:1
**thank** [2] - 10:12, 10:25
**that** [78] - 3:13, 3:16, 3:21, 3:23, 3:24, 3:25, 4:5, 4:10, 4:12, 4:13, 4:16, 4:17, 4:19, 4:22, 4:25, 5:2, 5:8, 5:9, 5:16, 5:19, 5:20, 5:22, 5:24, 5:25, 6:2, 6:5,

6:6, 6:10, 6:16, 6:17, 6:19, 6:20, 6:21, 7:2, 7:6, 7:7, 7:10, 7:11, 7:12, 7:15, 7:16, 7:17, 7:20, 7:22, 7:25, 8:9, 8:10, 8:20, 8:21, 8:24, 9:1, 9:2, 9:5, 9:6, 9:12, 9:14, 9:17, 9:23, 10:2, 10:3, 10:8, 10:9, 10:16, 10:22, 11:16
**that's** [8] - 4:19, 5:24, 7:1, 7:8, 7:11, 7:18, 9:3, 9:7
**THE** [37] - 1:9, 1:12, 1:19, 2:1, 2:2, 3:3, 3:9, 3:11, 3:13, 4:22, 5:7, 6:1, 6:9, 6:25, 7:6, 7:10, 7:20, 8:8, 8:15, 9:4, 9:10, 9:12, 9:15, 9:20, 10:5, 10:7, 10:11, 10:13, 10:17, 10:19, 10:25, 11:3, 11:4, 11:8, 11:9, 11:12
**the** [120] - 3:5, 3:7, 3:9, 3:13, 3:16, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 4:1, 4:3, 4:6, 4:10, 4:16, 4:18, 4:19, 4:20, 4:24, 5:1, 5:3, 5:8, 5:9, 5:11, 5:13, 5:14, 5:16, 5:20, 6:3, 6:4, 6:7, 6:11, 6:15, 6:16, 6:17, 6:18, 6:19, 6:21, 6:22, 6:23, 6:25, 7:1, 7:2, 7:3, 7:4, 7:6, 7:12, 7:14, 7:15, 7:18, 7:19, 7:20, 7:21, 7:23, 7:24, 8:2, 8:3, 8:5, 8:6, 8:7, 8:9, 8:10, 8:16, 8:17, 8:18, 8:19, 8:20, 8:21, 8:24, 8:25, 9:1, 9:2, 9:5, 9:7, 9:8, 9:22, 9:24, 10:1, 10:2, 10:3, 10:5, 10:8, 10:9, 10:17, 10:21, 11:1, 11:6, 11:9, 11:11, 11:16, 11:17, 11:18
**them** [6] - 7:25, 11:5, 11:8, 11:10, 11:11
**then** [2] - 8:16, 9:25
**there** [15] - 4:2, 4:9, 4:10, 4:11, 4:12, 6:1, 6:5, 6:25, 7:11, 7:15, 8:12, 8:13, 8:15, 8:25, 10:22
**they** [10] - 4:11, 4:13, 5:9, 5:11, 5:16, 6:2, 6:4, 8:3, 11:6, 11:10
**they'll** [1] - 11:6
**they're** [1] - 5:24
**things** [1] - 8:25
**think** [6] - 4:11, 5:24, 6:16, 7:16, 10:20, 11:2
**THIS** [1] - 2:1
**this** [16] - 3:3, 5:4, 5:15, 5:16, 5:25, 6:9, 6:11, 6:13, 6:18, 6:20, 8:15, 8:18, 10:20, 10:21
**Thomas** [1] - 1:13
**those** [1] - 7:11
**time** [2] - 4:1, 6:11
**to** [61] - 3:17, 3:20, 3:24, 4:1, 4:2, 4:3, 4:5, 4:8, 4:13, 4:20, 4:23, 4:24, 5:2, 5:8, 5:21, 5:23, 6:10, 6:11, 6:12, 6:16, 6:17, 6:19, 6:21, 6:25, 7:2, 7:6, 7:7, 7:12, 7:19, 7:20, 7:21, 7:22, 7:23, 8:1, 8:2, 8:4, 8:6, 8:9, 8:17, 8:21, 8:23, 8:24, 8:25, 9:1, 9:6, 9:16, 9:18, 9:20, 9:22, 9:24, 9:25, 10:3, 10:14, 11:6, 11:9, 11:17
**too** [1] - 10:10
**transcript** [1] - 11:16
**TRANSCRIPT** [3] - 1:9, 1:25, 2:1
**TRANSCRIPTION** [1] - 1:25

**traveled** [1] - 9:2
**trial** [1] - 6:20
**two** [1] - 8:25

**U**

**UNAUTHORIZED** [1] - 2:2
**under** [2] - 5:3, 5:21
**UNDER** [1] - 2:1
**understanding** [1] - 9:13
**UNITED** [5] - 1:1, 1:4, 1:12, 1:14, 2:4
**United** [6] - 1:14, 3:3, 3:7, 4:3, 4:20, 5:12
**unlawful** [3] - 9:7, 9:12, 9:13
**unlike** [1] - 5:15
**unpublished** [1] - 10:22
**up** [7] - 5:10, 6:20, 9:16, 11:1, 11:5, 11:6, 11:10
**upon** [1] - 6:17
**USC** [1] - 6:6
**use** [3] - 10:17, 11:6, 11:10
**USED** [1] - 2:1

**V**

**versus** [2] - 3:4, 4:4
**VERSUS** [1] - 1:5
**virtue** [1] - 9:6
**visa** [2] - 6:8, 9:18
**voir** [2] - 8:6, 8:24

**W**

**waiver** [2] - 6:5, 7:17
**want** [4] - 6:11, 6:16, 11:6, 11:8
**wanted** [3] - 3:24, 4:2, 8:9
**wants** [1] - 6:21
**was** [19] - 3:23, 4:2, 4:3, 4:11, 4:12, 6:1, 6:3, 6:5, 6:25, 7:11, 7:15, 7:17, 8:10, 8:13, 8:23, 9:6, 9:12, 9:13, 9:16
**way** [1] - 11:1
**we** [6] - 7:16, 9:24, 9:25, 10:2, 11:11
**we're** [2] - 8:1, 11:9
**well** [4] - 5:7, 6:25, 8:22, 11:9
**went** [1] - 7:2
**were** [3] - 4:10, 7:11, 8:15
**Wesley** [1] - 1:13
**what** [6] - 3:10, 5:24, 7:7, 8:1, 8:2, 9:16
**when** [2] - 6:20, 8:3
**where** [6] - 4:9, 5:3, 5:16, 6:7, 7:16, 7:18
**whether** [6] - 4:14, 4:23, 6:2, 6:3, 6:13, 7:25
**which** [3] - 3:16, 4:3, 6:6
**while** [2] - 5:1, 6:10
**who** [2] - 5:23, 7:11
**whoa** [1] - 9:10
**why** [1] - 11:4
**WILL** [1] - 2:2
**will** [5] - 7:25, 8:3, 8:8, 8:20, 11:2
**wishes** [1] - 7:7

**with** [5] - 4:8, 5:13, 5:20, 7:10, 8:7
**witnesses** [1] - 8:4
**would** [2] - 4:22, 6:13

**Y**

**yeah** [2] - 10:5, 10:19
**yes** [6] - 5:19, 6:19, 7:14, 8:5, 8:23, 9:11
**you** [23] - 3:16, 3:17, 4:22, 5:3, 5:20, 5:22, 6:21, 7:14, 7:22, 8:8, 8:17, 9:7, 9:12, 9:16, 10:12, 10:13, 10:17, 10:25, 11:2, 11:4, 11:8, 11:10
**you're** [2] - 3:17, 8:2
**your** [16] - 3:5, 3:7, 3:10, 4:9, 5:19, 5:25, 6:19, 7:2, 7:14, 8:5, 8:14, 8:21, 8:23, 9:11, 10:15, 10:19